# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146041

MARIE HUDDLESTON,
                Plaintiff-Appellee,

v

TRINITY HEALTH MICHIGAN d/b/a
SISTERS OF MERCY HEALTH
CORPORATION and/or ST. JOSEPH
MERCY HOSPITAL – ANN ARBOR,
                Defendant-Appellee,

and

IHA OF ANN ARBOR, P.C., d/b/a ASSOCIATES
IN INTERNAL MEDICINE – CHERRY HILL,
ASSOCIATES IN INTERNAL MEDICINE –
CHERRY HILL, P.C., and DR. JOYCE LEON,
                Defendants-Appellants,

and

HURON VALLEY RADIOLOGY, P.C. and
DR. DAVID E. BAKER,
                Defendants.
_____/

SC: 146041
COA: 303401
Washtenaw CC: 09-000657-NH

On October 9, 2013, the Court heard oral argument on the application for leave to appeal the September 11, 2012 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

d0325